# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT CRUISE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81464

FILED

AUG 0 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from district court orders denying a presentence motion to dismiss counsel and appoint alternate counsel and denying a presentence motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's review of this appeal reveals jurisdictional defects. First, no statute or court rule provides for an appeal from an order denying a presentence motion to dismiss counsel and appoint alternate counsel. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Second, an order denying a presentence motion to withdraw a guilty plea is not a final appealable order; the decision may be challenged on appeal from the

20-29109

judgment of conviction. NRS 177.015(3); NRS 177.045; *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, this court ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Mary Kay Holthus, District Judge
Robert Cruise
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Given this order, no action will be taken on the pro se motion filed on July 22, 2020.